# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JERRY TINGLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.  01-WMA-RRA-1399-S |
| ) | |
| WARDEN BILLY MITCHEM, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER OF DISMISSAL

In accord with the Memorandum Opinion entered contemporaneously herewith, this petition for writ of habeas corpus is hereby DISMISSED.

Costs are taxed to petitioner.

DONE this 9th day of March , 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE